FILED 23 JAN 12 12:01USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00017-MC |
| v. | INDICTMENT |
| LUIS LEONEL MEZA, | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

COUNT 1
(Possession with Intent to Distribute Fentanyl)
(21 U.S.C. § 841(a)(1), (b)(1)(A)(vi))

On or about August 2, 2022, in the District of Oregon, defendant **LUIS LEONEL MEZA** did unlawfully and knowingly possess with intent to distribute over 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (i.e., fentanyl);

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vi).

FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained,

**Indictment**                                                                                                    **Page 1**

directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: January 12, 2023.

A TRUE BILL

/s/ Grand Jury Foreperson

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

MARCO A. BOCCATO, OSB #103437
Assistant United States Attorney